IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKVILLE

| | | |
|---|---|---|
| ESTATE OF JIMMY DOSS | ) | |
| | ) | |
| Plaintiff, | ) | NO. 2:99-00059 |
| | ) | CHIEF JUDGE HAYNES |
| v. | ) | |
| | ) | |
| FAYE P. HOLMES, d/b/a | ) | |
| HOLMES CATTLE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in open Court, the Judgment has been satisfied and all appeals dismissed, and the bench warrant is vacated. This action is **CLOSED**.

It is so **ORDERED**.

ENTERED this the 17th day of September, 2012.

WILLIAM J. HAYNES, JR
Chief United States District Judge